ERRATA

*Shanghai Tainai Bearing Co., Ltd. et al v. United States*, Case No. 22-00038, Slip-Op. 22-74, dated June 17, 2022.

Page 24:   In line 7, delete "and, it is further;"

Page 24:   In line 7, insert a period after "**DENIED**"

Page 24:   In lines 8-9, delete "**ORDERED** that subsequent proceedings shall continue in accordance with Rule 56.1 of the Rules of this Court."

June 22, 2022