UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. STEPHEN A. VADEN, JUDGE

| | |
|---|---|
| Shanghai Tainai Bearing Co., Ltd. and C&U Americas, LLC,<br><br>　　　　　　　Plaintiffs,<br>　and<br><br>Precision Components, Inc, Xinchang Newsun Xintianlong Precision Bearing Manufacturing Co., Ltd and Hebei Xintai Bearing Forging Co., Ltd,<br><br>　　　　　　　Consolidated Plaintiffs,<br>　v.<br><br>United States.<br><br>　　　　　　　Defendant. | Cons. Ct No. 22-00038 |

**<u>Notice of Appeal</u>**

Notice is hereby given that Shanghai Tainai Bearing Co., Ltd. and C&U Americas, LLC, plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the order entering Judgment in this action on December 18, 2024 (ECF No. 75), and from the underlying Slip Opinion issued on December 18, 2024 (ECF No. 74).

*Shanghai Tainai Bearing Co., Ltd. et. al v. United States*
Court No. 22-00038
Page 2

      The $505.00 notice of appeal fee has been paid through the Court's Electronic Filing System.

                                       Respectfully submitted,

                                       /s/ David J. Craven

                                     David Craven
                                     Craven Trade Law LLC
                                     3744 N Ashland
                                     Chicago, IL 60613
                                     (773) 709-8506

                                     *Counsel to Shanghai Tainai Bearing Co., Ltd. and*
                                     *C&U Americas, LLC, plaintiffs*

January 24, 2025